UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIPP DC
PUBLIC CHARTER SCHOOLS,

    Plaintiff,

v.

JAMES E. BROWN & ASSOCIATES,
PLLC, et al.,

    Defendants.

C.A. No. 19-3206 (TSC/GMH)

## ORDER

Upon consideration of the Joint Motion to Extend Time for Mediation and Joint Status Report, it is this 20 day of February, 2020, hereby;

**ORDERED** that the Motion is GRANTED; and further

**ORDERED** that the mediation period is extended to March 4, 2020; and further

**ORDERED** that the joint status report is due by March 13, 2020.

**SO ORDERED**.

Honorable G. Michael Harvey
United States Magistrate Judge