## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIPP DC** | : | |
| **PUBLIC CHARTER SCHOOLS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 19-3206 (TSC/GMH)** |
| | : | |
| **JAMES E. BROWN & ASSOCIATES,** | **:** | |
| **PLLC**, et al., | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

COMES NOW, Plaintiff and Defendants James E. Brown & Associates, PLLC,

Defendant Jones and Defendant Hassan, by and through undersigned counsel, and respectfully

stipulate that this matter may be dismissed with prejudice pursuant to Federal

Rule of Civil Procedure 41(a). The parties have settled the claims.

Respectfully submitted,

<u>           /s/           </u>
Lauren E. Baum, Esq.
D.C. Bar No. 989351
Law Office of Lauren E. Baum, PC
3573 Warder Street, NW, #2
Washington, DC 20010
202-450-1396
202-450-1397 (fax)
l.baum@laurenebaumlaw.com
Counsel for Plaintiff

/s/ (electronically signed)
 Robert W. Jones [#997776]
Associate Attorney
James E. Brown & Associates, PLLC
1220 L Street, 7th Floor
Washington, D.C. 20005
(202) 742-2000 (voice)
(202) 742-2098 (fax)
Counsel for Defendants